*Mr. Francis Martin* for petitioner. *Mr. Pierre M. Brown, Mr. Samuel Park* and *Mr. Henry E. Mattison* for respondent.

No. 590. WILLIAM SNYDER *v.* ANNIE SNYDER, USE OF WILLIAM L. HUNT. October 28, 1918. Petition for a writ of certiorari to the Supreme Court of the State of Pennsylvania denied. *Mr. James B. Reilly* for petitioner. *Mr. R. W. Bishop* for respondent.

No. 593. PENNSLYVANIA RAILROAD COMPANY ET AL. *v.* NAAM LOOZE VENNOOT SCHAP ET AL. October 28, 1918. Petition for a writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Mr. Frederic D. McKenney* and *Mr. Shirley Carter* for petitioners. *Mr. J. Parker Kirlin, Mr. Albert C. Ritchie* and *Mr. John M. Woolsey* for respondents.

No. 594. PENNSYLVANIA RAILROAD COMPANY ET AL. *v.* EDWIN DYASON, MASTER, ETC. October 28, 1918. Petition for a writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Mr. Frederic D. McKenney* and *Mr. Shirley Carter* for petitioners. *Mr. James K. Symmers* for respondent.

No. 596. CLAUDE A. P. TURNER *v.* DEERE & WEBBER BUILDING COMPANY ET AL. October 28, 1918. Petition for a writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Frank A. Whiteley* and